IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20379
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR SANTA CRUZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-414-1
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Victor Santa Cruz pleaded guilty to possession with intent
to distribute five or more kilograms of cocaine in violation of
21 U.S.C. § 841(a)(1) & (b)(1)(A).  Santa Cruz argues that the
district court erred in denying an additional one-point reduction
in his offense level for acceptance of responsibility.  Because
Santa Cruz did not enter his guilty plea until after the district
court held a hearing on his motion to suppress evidence, which
required full preparation of the Government and the allocation of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the district court's resources, the district court did not err in denying an additional one-point reduction for acceptance of responsibility under § 3E1.1(b)(2) of the United States Sentencing Guidelines.  See <u>United States v. Gonzales</u>, 19 F.3d 982, 984 (5th Cir. 1994).

AFFIRMED.